"A"

In the United States District Court

For the District of Rhode Island
(Form mailed April 3rd, , 2006 )

David D. Ferrara

P.O. Box 8274 AR16T

Cranston, Rhode Island 02920

/Enter above the full mane of the plaintiff or plaintiffs in this action. /

CA 06 165M

v.-

Civil Action No. ____________

Dept. of Corrections

Ashbel T. Wall II, Director

Jake Gadsen, Asst. Director

Robert Catlow, Sr. Investigator, Et Al.

City of Providence

Providence Police Dept.

Robert J. Drohan Jr. Det. Et. Al.

/Enter above the full name of the defendant or defendants in this action/

I.- Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes /_/ No /x/

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: ____________

Defendants: ____________

____________

____________

2. Court /if federal court, name the district; if state court, name the county/: ____________

3. Docket number: ______________________

4. Name judge to whom case was assigned: ______________________

5.- Disposition /for example: Was the case dismissed? Was it appealed? Is it still pending?/: ______________________

6. Approximate date of filing law suit: ______________________

7. Approximate date of disposition: ______________________

II. Place of Present Confinement: **Medium I John J. Moran Building**

A. Did you present the facts relating to your complaint to The Warden or any of the prison officials?

Yes /XX/ No / /

B. If your answer is YES:

1. What steps dis you take? **Wrote letter to Director Wall complaining about photo array**

2. What was the result? **stated in return letter to retain services of an attorney**

C. If your answer is NO, explain why not: ______________________

III. Parties

/In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any./

A. Name of plaintiff **David D. Ferrara**

/ In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants./

B. Defendant **Ashbel T. Wall II** is employed as **Director of Corrections** at **40 Howard Ave. Crans., R.I. 02920**

C. Additional Defendants: **Jake Gadsen, Asst.Dir., Robert Catlow, Head Investigator, The City of Providence Police Dept.**

IV. Statement of Claim

State here as briefly as possible the facts of your case. Discribe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. /Use as much space as you need. Attach extra sheet if necessary./

Arrested on May 7th , 2004, for Attempted Breaking and Entering, Providence Police Detective Robert Drohan, requested a photo from DOC Investigator.(name Uncert. Unknown investigator arrayed set of six(6) photos, in stead of providing a single photo as requested by Providence Detective Drohan, said investigator, without proper authority as a criminalist, violated the Plaintiff's Civil Rights as protected by the Constitution Amendments §5, §6, and §14. The Array provided singled out the Plaintiff as the only person of Color. Plaintiff was found guilty by use of the photo array provided by the DOC, and the Providence Police Detective's use of this array to the alledged victim.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Relief requested is the following: Violation time imposed by Justice Gale of the Rhode Island Superior Court, Providence County be overturned, and the time to serve on the charge dismissed. Providence Police (in toto) are to refrain from harrassment of the Plaintiff. All parties as Defendant's are to be penalized in the sum of $100,000.00 (one hundred thousand dollars) each as named within this suit. The Department of Corrections are to refrain from reprisal against the Plaintiff, and this Court issue a Writ of Protection against the Dept. of Corrections in the name of the Plaintiff.

VI. NOTE: Should you fail to execute and retu..ı this form within ten days from the date of mailing as recorded on pace 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this 4-4-06 day of april,

____________________

____________________

/Signature of plaintiff or plaintiffs/ David D. Ferrara

VERIFICATION

State of Rhode Island )
)
County of Providence )

I, David D. Ferrara, being first duly sworn, under oath, says: that he is the plaintiff in this action and knows the contents of the above complaint; that it is true of his own knowledge, exceptas to those matters that are stated in it on his information and belief; and as to those matters, he believes them to be true.

/Signature of plaintiff

David D. Ferrara

Subscribed and sworn to before me this 4 day of April, 2006.

Exp: 5/31/09

/Notary Public or other person authorized by law to administer an oath/