THE UNITED STATES DISTRICT COURT FOR THE STATE OF RHODE ISLAND

1st District Court

David D. Ferrara
VS.
State of Rhode Island,
Department of Corrections,
Ashbel T wall II, Jake Gadsen,
Robert Catlow, Unamed Investigator, Etal.
City of Providence
Providence Police
Det. Robert J. Drohan Jr. Etal.

District Court

C.A. No.__________

## MOTION TO PROCEED IN FORMA PAUPERIS

Now comes the Plaintiff/XXXXXXXXX, David D. Ferrara and prays that this Honorable Court waive the cost of service or process and filing fees, on the grounds that the Plaintiff/ XXXXXXXXX is presently indigent, and as such has no funds wherewith to pay these costs.

Dated: April 3rd 2006

Respectfully Submitted,

David Ferrara
Print Name

David Ferrara
P.O. Box 8274 AR16T
Cranston, Rhode Island
02920

## ORDER

It is hereby ordered that the Sheriff of __________ County shall serve any and all Complaints, Summons, and Orders on behalf of the Plaintiff/Defendant in the above entitled matter without charge.

APPROVED:__________
JUSTICE

ENTERED:__________
CLERK

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

FIRST FEDERAL District of RHODE ISLAND

David D. Ferrara
Plaintiff

V.

Rhode Island Dept. of Corrections
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

06 165ML

CASE NUMBER:

I, David D. Ferrara declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration Moran Facility, cranston, R.I. 02920

   Are you employed at the institution? Yes Do you receive any payment from the institution? yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? ☒ Yes ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

      Rhode Island Dept. of Corrections, pay rate $1.00 per day

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
   d. Disability or workers compensation payments ☐ Yes ☒ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Any other sources ☐ Yes ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

# INDIGENCY FORM/ INMATE ACCOUNTS

Instruction: Any inmate requesting indigency status must first send this form to the Adult Correctional Institution Inmate Accounts Department to be filled out. After the form is complete, it is to be fowarded to the Rhode Island Family Court along with all other indigency forms.

INMATE NAME DAVID Dennis FERRARA
SOCIAL SECURITY NUMBER [redacted]
DATE OF BIRTH [redacted]
BUILDING med 1 Security AR-16

---

This portion is to be filled out by the Inmate Accounts Department:

CERTIFICATE

I certify that the applicant named herein has the sum of $124.85 on account to his/her credit at (name of institution) Adult Correctional Inst. I further certify that the applicant has the following securities to his/her credit N/A. I further certify that during the past six months the applicant's average balance was $ 89.18.

03/31/06
Date

Signature of Authorized Officer
Arthur D. Bedard

THE UNITED STATES DISTRICT COURT FOR THE STATE OF RHODE ISLAND

STATE OF RHODE ISLAND
AND
PROVIDENCE PLANTATIONS

XXXXXXXXXXXX

AFFIDAVIT OF INDIGENCY

David D. Ferrara

vs

Dept. of Corrections, Ashbel T. wall II, Jake Gadsen, Robert Catlow, unnamed investigator, Etal.
City of Providence, Providence Police Dept. Det. Robert Drohan Jr.
Etal.

CASE NO.: ____________________

## AFFIDAVIT OF INDIGENCY

I, David D. ferrara, the Plaintiff/XXXXXXXXXXXXXXXXX in the above case, make affidavit being first sworn and under oath, that after payment of necessary and reasonable expenses for food, shelter, and medical care, I do not have sufficient income or assets to enable me to retain counsel, nor is there anyone to whom I am entitled to look for support who has such income or assets. In support of this affidavit, I refer to and incorporate herein the attached financial statement.

(signature)
David D. Ferrara — Affiant's Name
P.O. box 8274 AR16T
Address
Cranston, R.I. 02920

Signed and sworn to before me this 3 day of April at Cranston, County of Providence

(signature)
Notary Public

Commission expires on 5/31/09

Ordered: ____________________
Justice of the XXXXXXXXX Federal Court

Entered: ____________________
Clerk of the XXXXXy Court Federal