(●)

# STAY OF Judgement 06-165 ML

Now Comes the Plaintiff David Ferrara
and He Requests That a STAY OF Judgement
Be granted in His motion FOR 28§.1983 Action
Against The Defendants.
The Plaintiff Requests This STAY So That his
Habeas Corpus Action Against The Defendants May
Be properly Adjudicated Before civil Action
in The Form of 28§.1983 Complaint
Can Be Completed in Conformance with The Rules

David Ferrara
Box 8274 prose
Cranston. R.I. 02920

# MENORANDUM

06-165ML

NOW COMES The Plaintiff DAVID D. FERRARA AND He STATES That, Within The LIMITED Information PROVIDEd in COURT ISSUED DOCUMENTS, That He EXPRESSED The Claim in which Relief WAS Sought in Both The CRIMINAL, and Civil Complaints Now Before The COURT.

The Plaintiff, NOT Being an ATTORNEY, and Having LIMITED Knowledge OF The law, DID NOT Understand That Both The Criminal and Civil Aspects OF The Claims Against The Defendants, Should Be Soperate ACTIONS.

Wherefore, Within The motions enclosed with This memorandum, He Seeks The overturning of The Sentence Imposed ON Sept. 2, 2004 in His Habeas Corpus Action, A STAY OF Judgement ON His civil 28 U.S.C. 1983 Action, And The Restoration OF His civil Rights As guaranteed By The 5th, 6th, and 14th AMENDMENTS OF The Consitution until Such a Time where He is Adjudged guilty OF The CRime, OR His claims Against The STATE ARE DISMISSED.

David Ferrara Pro-Se
P.O. Box 8274
Cranston. R.I. 02920

## Certification

I, the undersigned, hereby swear and certify that I have mailed a true and correct copy of the foregoing Motion to the Attorney General's Office, 150 South Main Street, Providence, RI, 02903, on the 25 day of April.

David Ferreira

,Pro Se

P.O. Box
Cranston, RI 02920