STATE OF RHODE ISLAND
PROVIDENCE, SC.

Federal District Court

David D. Ferrara

CA 06 165 ML

_______________

vs.

State of Rhode Island

## MOTION TO PROCEED IN FORMA PAUPERIS

Now come the above named Plaintiff, David Ferrara and moves this Honorable Court to waive any/all fees associated with the filing and service of this action, based upon the fact that the Plaintiff is an Incarcerated Inmate and is legally Indigent. The Plaintiff states that it would be in the Interest of Justice to grant him the relief sought herein this Motion. for the reasons stated above, The Plaintiff prays that this Court grant him in Forma Pauperis status in the above entitled action.

David Ferrara Pro-Se

This Motion is hereby: _______________

On this _______________ day of _______________ 2005

_______________
Associate Justice/Superior Ct.

_______________
Clerk of Court