STATE OF RHODE ISLAND
PROVIDENCE, SC.

Federal District Court

C.A. NO. 06 165 ML

David D. Ferrara

VS

State of Rhode Island

**PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL**

Now comes the petitioner, David Ferrara, in the above entitled action, a motion to appoint Counsel, to represent his interests in his appeal from his Post Conviction denial. This motion is pursuant to R.I.G.L. 10-9.1-5. The reason for this motion are as follow:

1) The petitioner is unable to represent himself in the matter now before this Court.

2) The petitioner is unable to afford Counsel at his own expense.

3) The ends of justice would best be served by the appointment of Counsel.

For the reasons stated above, the petitioner prays that this Honorable Court appoint him Counsel and that said Counsel be available to him at all and any future proceedings which may occure in the instant matter.