STATE OF RHODE ISLAND & PROVIDENCE PLANTATIONS

_______________, SC

Federal District Court

David Ferrara Plaintiff

Ca. No.: 06-165 ML

v.

State of R.I. ; Defendant

PETITION FOR WRIT OF HABEAS CORPUS

Now comes the petitioner, David Ferrara, and respectfully says that he is the defendant charged with Attempt - BtE and on May 7th, 04 he was arraigned in Superior Court. Your petitioner respectfully prays that he be permitted to appear before this Honorable Court for the purpose of Release.

Wherefore, your petitioner prays that a Writ of habeas Corpus may issue to be directed to the Director/Warden of the Adult Correctional Institutions or his Deputies according to the form of the statutes in such case made and provided, and an order to produce said defendant in

U.S. District Court, Providence Rhode Island on the 25 day of April at 9:30 a.m.

David Ferrara

Defendant, Pro Se

It is hereby ORDERED, ADJUDGED AND DECREED.

Let Writ of Habeas Corpus issue as prayed for the returnable on the ______ day of _______________ at 9:30 a.m.

Justice ______________________________

Clerk ______________________________

Presented by ______________________________

habeas corpus 2