FEDERAL DISTRICT COURT FOR THE STATE OF RHODE ISLAND
AND PROVIDENCE PLANTATIONS

DAVID D. FERRARA

Vs. Docket # No. 06-165 ML

The State of Rhode Island

HABEAS CORPUS AD TESTIFICANDUM

NOW COMES THE PLAINTIFF, DAVID D. FERRARA, and he avers that the following state ments are true and to the best of his recollection:

(1) That on May 7th 2004, he was arrested for an attempted Breaking & Entering in the City of Providence Rhode Island.

(2) That on MAY 6th. 04 a current photo of the Plaintiff was requested by Providence Police Detective, Robert Drohan, from the Dept. of Corrections S.I.U. (special investigative unit).

(3) That on MAY 2004 an unknown Investigator for the S.I.U. Branch of the Dept. of Corrections, did array a set of six (6) photos of criminals, the Plaintiff included, and did send this array to Det. Drohan of the Providence Police.

(4) Said Investigator did array five (5) photos of persons of non-color, effectively pointing out the Plaintiff as the only person color, and detective Drohan did use this array in the questioning of the victim.

(5) At which point, the victim did allegedly point out the Plaintiff.

(6) That on the Sept 2ND day of September, 2004, the Plaintiff was found guilty of the charges against him, and sentenced to serve 10YRS Violation Hearing

(7) The unknown Investigator, and Detective Drohan of the Providence Police did violate the Plaintiff's Constitutional Rights of 5th, 6th and 14th Amendments of the Plaintiff, by singling out the Plaintiff as the only person of color.