UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID FERRARA

v.                                          C.A. 06-165ML

A.T. WALL, et al

## ORDER

The Findings and Recommendation of United States Magistrate Judge Jacob Hagopian dated April 18, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Plaintiff's Complaint is dismissed for failure to state a claim upon which relief can be granted.

BY ORDER:

*/s/ Mary M. Lisi*
Mary M. Lisi
U.S. District Judge
May 5, 2006

Entered as an Order of this Court on May 5, 2006

*/s/ Barbara Bouletta*
Deputy Clerk