UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

***DANIEL D. FERRARA***

***v.***

***C.A. NO: 06-165ML***

***STATE OF RHODE ISLAND,***
***A.T. WALL, II, DEPARTMENT OF***
***CORRECTIONS, JAKE GADSEN,***
***ROBERT CATLOW, CITY OF PROVIDENCE,***
***PROVIDENCE POLICE DEPARTMENT***
***AND DETECTIVE ROBERT J. DROHAN, JR.***

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

Judgment is hereby entered for the defendants, State of Rhode Island, A.T. Wall, Department of Corrections, Jake Gadsen, Robert Catlow, City of Providence, Providence Police Department and Detective Robert J. Drohan, Jr. against the plaintiff, David D. Ferrara, pursuant to the Order dated May 5, 2006 accepting the Report and Recommendation of Magistrate Judge Jacob Hagopian under Title 28 U.S.C. § 636(b)(1) DISMISSING plaintiff's complaint for failure to state a claim.

Enter:

Barbara Barletta
Deputy Clerk

DATED: May 5, 2006